Charles Talbert
No. QA4727
SCI Camp Hill
2500 Lisburn Road
Camp Hill, PA. 17001                    May 15, 2022

Clerk of Court
U.S. Courthouse
601 Market St.
Phila. PA. 19106

Re: Habeas Corpus

Dear Clerk of Court:

Enclosed herein, please find the following:

1. Petition Under 28 USCS 2254 For Petition of Writ of Habeas Corpus
2. Brief
3. Table of Exhibits
4. Exhibits
5. Check in the Amount of $5.00

Thank You!
Yours Truly,
Charles Talbert

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District Eastern |
|---|---|
| Name (under which you were convicted): Charles Talbert | Docket or Case No.: CP51CR-8348-2018 |
| Place of Confinement: SCI Camp Hill | Prisoner No.: QA4727 |
| Petitioner (include the name under which you were convicted) Charles Talbert v. | Respondent (authorized person having custody of petitioner) Laurel Harry |
| The Attorney General of the State of Pennsylvania | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Court of Common Pleas of Philadelphia County, 1301 Filbert Street, Philadelphia, Pennsylvania 19107.

   (b) Criminal docket or case number (if you know): CP51CR0008348-2018

2. (a) Date of the judgment of conviction (if you know): October 2019

   (b) Date of sentencing: December 18, 2019

3. Length of sentence: 3½ to 7 years imprisonment

4. In this case, were you convicted on more than one count or of more than one crime?   Yes ☒   No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Possession of An Instrument of Crime (Knife) Recklessly Endangering Another Person

6. (a) What was your plea? (Check one)
   - (1) Not guilty ☒
   - (2) Guilty ☐
   - (3) Nolo contendere (no contest) ☐
   - (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____ N/A _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ☑       Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?

    Yes ☑  No ☐

9. If you did appeal, answer the following:

(a) Name of court: Superior Court of Pennsylvania

(b) Docket or case number (if you know): 1225 EDA 2020

(c) Result: Denied due to counsel failing to file brief.

(d) Date of result (if you know): February 3, 2022

(e) Citation to the case (if you know): Com. v. Talbert, No. 1225 EDA 2020 (2-3-2022)

(f) Grounds raised: The grounds that I attempted to raise were:
1. circumstances made sentence excessive + unreasonable
2. evidence didn't prove "intent" to support a conviction
3. Judge Brinkley violated due process by failing to recuse herself at sentencing

(g) Did you seek further review by a higher state court?  Yes ☑  No ☐

If yes, answer the following:

(1) Name of court: Supreme Court of Pennsylvania

(2) Docket or case number (if you know): 94 ET 2022

(3) Result: Court returned notice of appeal for being time-barred; sought relief nunc pro tunc. No reply.

(4) Date of result (if you know): April 18, 2022

(5) Citation to the case (if you know): Com. v. Talbert, No. 94 ET 2022 (4-18-22)

(6) Grounds raised: The grounds that I attempted to raise were:
1. counsel failed to file brief.
2. counsel failed to timely notify me of appeal being denied.

(h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

    Yes ☒  No ☐

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: Commonwealth Court of Pennsylvania

    (2) Docket or case number (if you know): 208 MD 2022

    (3) Date of filing (if you know): April 1, 2022

    (4) Nature of the proceeding: Petition for Review - Complaint in Equity

    (5) Grounds raised: The Grounds raised in this Petition were:

    A. legal malpractice

    B. conspiracy

    C. unconstitutional process

    D. misusing taxpayer dollars

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    Yes ☐  No ☒

    (7) Result: none

    (8) Date of result (if you know): N/A

    (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: N/A

    (2) Docket or case number (if you know): N/A

    (3) Date of filing (if you know): N/A

    (4) Nature of the proceeding: N/A

    (5) Grounds raised: N/A

_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐   No ☑

    (7) Result: _____ N/A _____

    (8) Date of result (if you know): _____ N/A _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____ N/A _____

    (2) Docket or case number (if you know): _____ N/A _____

    (3) Date of filing (if you know): _____ N/A _____

    (4) Nature of the proceeding: _____ N/A _____

    (5) Grounds raised: _____ N/A _____

_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        Yes ☐   No ☑

    (7) Result: _____ N/A _____

    (8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1)  First petition:      Yes ☐   No ☑

    (2)  Second petition:   Yes ☐   No ☑

    (3)  Third petition:    Yes ☐   No ☑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

Petition for Review is still pending.
Note: This is a lawsuit.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE:** Circumstances Made Sentence Excessive And Unreasonable

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): At the time of my arrest I was intoxicated on PCP and suffering from serious mental illness. The State, the States Psychiatrist at the end of my conviction, and my counsel at trial, had all recommended for me to receive an 11½ to 23 month sentence, time served, followed by mental health and drug treatment.

(b) If you did not exhaust your state remedies on Ground One, explain why: issues exhausted. Supreme Court stated that I could not file a notice of Appeal because counsel in Superior Court failed to timely notify me of the Appeal being denied.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): _____
_____N/A_____
_____

(3) Did you receive a hearing on your motion or petition?
   Yes ☐  No ☒

(4) Did you appeal from the denial of your motion or petition?
   Yes ☐  No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐  No ☒

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____N/A_____
Docket or case number (if you know): _____ N/A
Date of the court's decision: _____ N/A
Result (attach a copy of the court's opinion or order, if available): _____
_____N/A_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____N/A_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Submitted A Petition for Allowance of Appeal Nunc Pro Tunc, but received no response.

**GROUND TWO:** Evidence Didnt prove "Intent" to Support A Conviction.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): First and foremost, I dont even know the complainant(s). There was no reason, whatsoever, to pull my working knife out to try and stab them. The complainant panicked when she saw the knife being removed from my pocket after it had stuck me in the leg. The jury believed my testimony and dismissed (found me not guilty of) aggravated and simple assault.

(b) If you did not exhaust your state remedies on Ground Two, explain why: exhausted. Supreme Court stated that I could not file a notice of appeal because counsel in Superior Court failed to timely notify me of the appeal being denied.

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☑ No ☐

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐ No ☑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: N/A

    Name and location of the court where the motion or petition was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐ No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐ No ☑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: N/A

    Docket or case number (if you know): N/A

    Date of the court's decision: N/A

    Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: Submitted a Petition for Allowance of Appeal Nunc Pro Tunc, but received no response.

**GROUND THREE:** Judge Genece Brinkley Violated Due Process By Failing To Recuse Herself At Sentencing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Me and Judge Brinkley established and maintained a bitter controversy throughout the entire trial. I did use profanity and derogatory insults towards her because she refused to let me speak and protect my own interest on record that counsel failed to do. I was removed from the room numerous times. At sentencing another judge should have been there.

(b) If you did not exhaust your state remedies on Ground Three, explain why: Issues exhausted. Supreme Court stated that I could not file a notice of appeal because counsel in Superior Court failed to timely notify me of the appeal being denied.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☑  No ☐

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ☐  No ☑

(2) If your answer to Question (d)(1) is "Yes," state:
Type of motion or petition: N/A
Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): ___N/A___
Date of the court's decision: ___N/A___
Result (attach a copy of the court's opinion or order, if available): ___N/A___

(3) Did you receive a hearing on your motion or petition?
    Yes ☐ No ☒

(4) Did you appeal from the denial of your motion or petition?
    Yes ☐ No ☒

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐ No ☒

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): ___N/A___
Date of the court's decision: ___N/A___
Result (attach a copy of the court's opinion or order, if available): ___N/A___

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
___N/A___

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ___Submitted a Petition for Allowance of Appeal Nunc Pro Tunc but received no response.___

**GROUND FOUR:** ___N/A___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ___N/A___

_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____ N/A _____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐   No ☒

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: ___ N/A ___

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☐   No ☒

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: ___ N/A ___
_____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): ___ N/A ___
_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐   No ☒

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☐   No ☒

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐   No ☒

    (6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___ N/A ___

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): ___ N/A ___

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: 

N/A

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☑  No ☐
    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: 

    N/A

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: 

    No

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   Yes ☐  No ☑
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

    N/A

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☒ No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Supreme Court of PA, 468 City Hall, Phila, PA, 19107. 94 ET 2022. Petition for Allowance of Appeal Nunc Pro Tunc, (still being determined whether I'm to be able to file an appeal)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Defenders Association, 1441 Sansom Street Philadelphia, Pennsylvania

    (b) At arraignment and plea: Benjamin Cooper

    (c) At trial: Benjamin Cooper

    (d) At sentencing: Benjamin Cooper

    (e) On appeal: William Joseph Ciancaglini

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed: N/A

    (c) Give the length of the other sentence: N/A

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☒

*Charles Talbert*
May 15, 2022

Charles Talbert  
QA4727  
SCI CAMP HILL  
2500 Lisburn Rd,  
Camp Hill, PA. 17001

LEGAL

To: Clerk of Court  
U.S. Courthouse, 2d Floor  
601 Market Street  
Philadelphia, PA. 19106

U.S.M.S. X-RAY

RECEIVED MAY 19 2022





