IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| v. | : | |
| | : | |
| **LAUREL HARRY, et al.,** | : | **NO. 22-cv-2011** |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **2ⁿᵈ** day of **December 2022**, upon careful and independent consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF No. 10), which received no objections from Petitioner, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**; and

3. There is no basis to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**