In The United States District Court For The Eastern District Of Pennsylvania

| | |
|---|---|
| Charles Talbert | Civil Action |
| Petitioner, | |
| vs. | No. 22-cv-2011 |
| Laurel Harry, et al. | |
| Respondents. | Motion To Amend Petition |

Petitioner, Charles Talbert, hereby respectfully requests permission to amend his Petition for Writ of Habeas Corpus to include more grounds for relief.

SCI Forest No. QA4722  
286 Woodland Drive  
Marienville, PA. 16239

Respectfully submitted,

Charles Talbert - Paralegal

May 29, 2024

United States District Court
For The
Eastern District of Pennsylvania

Charles Talbert                                   Civil Action
Petitioner,
        v.                                        No. 22-2011
Laurel Harry, et al.,
Respondents.                                      Rule 60(b) Motion

Pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure, Petitioner Charles Talbert, represents the following:

1. On or about December 2, 2022, the Honorable Judge Kenney had entered an Order dismissing Petitioner's Petition for Writ of Habeas Corpus - Without Prejudice - for failure to exhaust his state remedies (Doc. 12).

2. The Supreme Court of Pennsylvania has entered a Order under its docket(s) in 27 EM 2022, and 322 EAL 2023, denying and dismissing his Petition for Allowance of Appeal Nunc Pro Tunc. The final order was entered on May 24, 2024.

3. Such order from the State Supreme Court has rendered Petitioner's state court remedies exhausted, thus, this Courts 2022 order is satisfied.

For these reasons, this Honorable Court should relieve Petitioner of the Order that was entered against him December 2, 2022, as the reasons for such dismissal has been timely satisfied.

                                        Respectfully submitted,

May 29, 2024
                                        Charles Talbert - Paralegal

