IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| **LAUREL HARRY, et al.,** | : | **NO. 22-cv-2011** |
| *Respondents*, | : | |
| | : | |

## ORDER

**AND NOW,** this **31st** day of **July 2024,** upon consideration of Petitioner's Motion to Amend Petition & Rule 60(b) (ECF No. 15), Respondent's Response in Opposition (ECF No. 18), and Petitioner's Reply (ECF No. 19), it is hereby **ORDERED** that:

1. Petitioner's Motion (ECF No. 15) is **DENIED.**

2. A Certificate of Appealability **SHALL NOT** issue because Petitioner has not made a credible showing that this Court's procedural ruling was incorrect or a substantial showing of a deprivation of constitutional rights.

3. The Clerk of Court is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**